UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT NORTH CAROLINA
MINUTE SHEET
CATHARINE R. CARRUTHERS
DURHAM, NC
FEBRUARY 3, 2009
JODI HOWARD, ATLANTIC PROFESSIONAL, COURT REPORTER
SHARI GRISSOM, COURTROOM DEPUTY

24. Terry Vernard Dowdy
Michelle Scott Dowdy
08-81720  13

*16*  Notice of Proposed Plan

Appearances: Ben Lovell Staff Attorney for Trustee; Edward Boltz, Aty for Debtors

**ORDERED: PLAN CONFIRMED WITH 6 MONTH REVIEW**
**O-Trustee**

ATY DEBTOR: Edward C. Boltz
TR: Richard M. Hutson